IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY,  )<br>  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BO YANG, et al.,  )<br>  )<br>        Defendants.  )<br>  ) | Case No. 16-cv-07600<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Michael T. Mason** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff Monster Energy Company ("MEC") hereby dismisses this action with prejudice against the following Defendants:

| Defendant Name | Line No. (Defendant Section of Schedule A) | Defendant Online Marketplace Account URL | Line No. (Defendant Online Marketplace Accounts Section of Schedule A) |
|---|---|---|---|
| Zhongshan Xieyuan Hardware Products Factory | 150 | xybaghook.en.alibaba.com | 3 |
| HAOBO NO 1 | 160 | aliexpress.com/store/1188190 | 13 |
| Htpower Automobiles & Motorcycles CO,.Ltd | 163 | aliexpress.com/store/1899889 | 16 |
| Military World | 169 | aliexpress.com/store/1079958 | 22 |
| Motorcycle Parts Zones | 170 | aliexpress.com/store/1453192 | 23 |
| sherryberg188 | 175 | aliexpress.com/store/1121005 | 28 |
| blueness-charm | 193 | ebay.com/usr/blueness-charm | 46 |
| blueness-magic | 194 | ebay.com/usr/blueness-magic | 47 |
| danspeed-express | 196 | ebay.com/usr/danspeed-express | 49 |
| eddogo | 198 | ebay.com/usr/eddogo | 51 |
| e-life88 | 199 | ebay.com/usr/e-life88 | 52 |
| fishpro2015 | 202 | ebay.com/usr/fishpro2015 | 55 |
| hailinzeng | 208 | ebay.com/usr/hailinzeng | 61 |
| hardyjojo | 209 | ebay.com/usr/hardyjojo | 62 |
| horse-zhou | 210 | ebay.com/usr/horse-zhou | 63 |
| motorpartsotre | 214 | ebay.com/usr/motorpartsotre | 67 |

| | | | |
|---|---|---|---|
| newapple1999 | 216 | ebay.com/usr/newapple1999 | 69 |
| top-nail | 226 | ebay.com/usr/top-nail | 79 |
| yooocart | 234 | ebay.com/usr/yooocart | 87 |
| song-top | 237 | ebay.com/usr/song-top | 90 |
| ebbpop | 238 | ebay.com/usr/ebbpop | 91 |
| go-gift1225 | 239 | ebay.com/usr/go-gift1225 | 92 |
| gydha2011 | 241 | ebay.com/usr/gydha2011 | 94 |
| wsip2012 | 244 | ebay.com/usr/wsip2012 | 97 |
| popspace | 245 | ebay.com/usr/popspace | 98 |
| South Kingze Co.,Ltd | 249 | aliexpress.com/store/105223 | 102 |

Dated this 14th day of September 2016.   Respectfully submitted,

/s/ Justin R. Gaudio_____
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff Monster Energy Company*